**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fidencio MORALES–RAMIREZ,
Defendant–Appellant.**

**No. 10–30302.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Pamela Jackson Byerly, Assistant U.S., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Matthew Campbell, Assistant Federal Public Defender, FPDWA—Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Fidencio Morales–Ramirez appeals from the 24–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Morales–Ramirez contends that the sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the bottom-of-the-Guidelines sentence is not substantively unreasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.